UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHYLLIS D. ROBINSON,

    Plaintiff,

v.                                                        Case No. 6:19-cv-1143-Orl-37LRH

UNDER THE COURT'S BACK ROUND
MY HISTORY,

    Defendant.
_____

## ORDER

Plaintiff, proceeding *pro se*, initiated this civil rights action and filed a motion to proceed *in forma pauperis*. (Doc. 1 ("**Complaint**"); Doc. 2 ("**IFP Motion**").) Plaintiff then supplemented the Complaint with additional allegations. (Doc. 3.) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommended the Court dismiss the Complaint for failure to state a claim and basis for federal jurisdiction, deny the IFP motion without prejudice, and permit Plaintiff to file an amended complaint and renewed IFP Motion. (Doc. 7 ("**Original R&R**").) Plaintiff then filed several "notices" (Docs. 8–11), and Magistrate Judge Hoffman withdrew her Original R&R to consider them (Doc. 12). On review, Magistrate Judge Hoffman recommends the same as the Original R&R. (Doc. 13 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see*

*also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 13) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

4. On or before Friday, **August 23, 2019**, Plaintiff may file an amended complaint and a renewed motion to proceed *in forma pauperis*. Failure to timely file an amended complaint will result in closure of the file without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 6, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro Se* Party